UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HONORABLE Richard T. Haik , Judge, Presiding          Date: May 13, 2013
         Mary Thompson            , Court Reporter
         Gary Brazell             , Minute Clerk
COURT OPENED: 3:35 P.M.    COURT ADJOURNED: 4:00 P.M.           TOTAL TIME IN COURT: 0/25

## MINUTES OF COURT

CASE NO.  6:12-cr-00334-001           Judge Haik    /Mag.Judge Hanna

DEFENDANT   RAY HATTON, III                                     __ Defendant in custody
GOVT. COUNSEL:  John Walker                                     __ Defendant on Bond, Bond cont'd
DEFENSE COUNSEL: Walter Sanchez                                 __ Bond set:
                                                                __ Bond cancelled
                                                                __ Failed to appear, warrant ordered

X     Case called for arraignment
      __    Information filed
      __    Waiver of indictment filed
      __    Indictment read/reading waived
      __    Plea of not guilty
            __    days allowed for filing of defense motions
            __    days thereafter allowed for filing Government responses and motions
            __    trial set for:
      __    Plea of nolo contendere
      X     Plea of guilty to counts: Count 2 of Indictment
            X     Defendant under oath
            X     Defendant advised of Rule 11 rights
            __    Agent testified
            X     Filed Affidavit of Understanding of Maximum Penalty and Rights
            X     Filed Plea Agreement
            X     Other filings: Elements of Offense and Stipulated Factual Basis for Guilty Plea

            X     Plea of guilty accepted and judgment rendered
            X     Presentence report ordered; 70 day local rule is hereby waived
            X     Sentencing to be set following receipt of the presentence report

Case called for other:

__    Case called for sentencing

      __    Dismissed counts:
      __    Defendant advised of right to appeal

COMMENTS: